# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

NANCY K. WALKER,

        Plaintiff,

v.                                          CIVIL ACTION NO.  2:14-cv-14174

AMERICAN MEDICAL SYSTEMS
HOLDINGS, INC., et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

In this case, in which plaintiff is proceeding *pro se*, the following defendants remain: Ethicon, Inc., Johnson & Johnson and Ethicon, LLC (collectively "Ethicon") and American Medical Systems, Inc. ("AMS").

As to Ethicon, on November 29, 2018, the court ordered that plaintiff and Ethicon appear for a Status Conference on February 15, 2019. [ECF No. 35]. The Order was amended on January 3, 2019. [ECF No. 36]. At the Status Conference on February 15, 2019, plaintiff did not appear as required by my Order. As a result, I entered a Show Cause Order on February 19, 2019, directing that plaintiff show cause on or before March 1, 2019, why her claims against Ethicon should not be dismissed with prejudice pursuant to Rule 16(f) of the Federal Rules of Civil Procedure. [ECF No. 38]. Plaintiff has not respond to the Show Cause Order as directed.

The court **ORDERS**, pursuant to Rule 16 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am.,*

*Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), that plaintiff's claims against Ethicon, Inc., Johnson & Johnson and Ethicon, LLC are dismissed with prejudice and stricken from the docket for failure to attend the Status Conference and for failure to show cause. Defendant AMS remains.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and plaintiff at her address.

ENTER: February 27, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE